# King & Spalding

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309

Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Nicole Bronnimann
Associate
Direct Dial: +1 713 276 7402
nbronnimann@kslaw.com

November 22, 2023

*Via CM/ECF*
Lyle W. Cayce, Clerk of the Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

     RE:    Case No. 23-20533, *Zyla Life Sciences v. Wells Pharma*,

Dear Mr. Cayce:

     Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Appellant Zyla Life Sciences ("Zyla") respectfully requests an unopposed "Level 1" 14-day extension to file its opening brief.

     This is Zyla's first request for an extension. With this extension, the deadline for Zyla's opening brief would move from December 26, 2023 to January 9, 2024. Zyla's counsel has consulted with counsel for Wells Pharma, and Wells Pharma does not oppose this 14-day extension.

     Good cause exists for the requested extension. In particular, a modest extension in briefing deadlines is warranted to accommodate the competing professional commitments of the attorneys with principal responsibility for drafting the brief and to account for business and personal travel during the holidays. Zyla's lead counsel, Nicole Bronnimann will be out of the office for the holidays from December 20 through January 2. The other members of the briefing team also have competing professional and travel obligations, including briefing commitments in five other pending litigation matters, and personal travel commitments in late December.

November 22, 2023
Page 2

      For these reasons, Zyla requests that this Court grant a 14-day extension of the deadline for filing the response brief.

                                      Respectfully submitted,

                                      */s/ Nicole Bronnimann*
                                      Nicole Bronnimann

                                      Counsel for Zyla Life Sciences

November 22, 2023
Page 3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of November, 2023, I caused a true and correct copy of the foregoing Letter Extension Request, to be filed with the Court electronically and served by the Court's CM/ECF system upon listed counsel for Appellees. I also emailed the letter to counsel for Appellees.

              */s/ Nicole Bronnimann*